958

No. 1031. BENDER ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *John Kennedy Lynch* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Loring W. Post* for the United States.

No. 964. LAS VEGAS LOCAL JOINT EXECUTIVE BOARD OF CULINARY WORKERS & BARTENDERS ET AL. *v.* LAS VEGAS HACIENDA, INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Roland C. Davis* for petitioners.

No. 1004. HELM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Clyde C. Randolph, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1030. McMANN, WARDEN *v.* DAVIS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes* and *Iris Steel,* Assistant Attorneys General, for petitioner. *Gretchen White Oberman* for respondent.

No. 1032. PHILLIPS *v.* MURCHISON. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Robert L. Bobrick* for petitioner. *Ronald S. Daniels* and *Richard J. Barnes* for respondent.